```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

ADVANCED PAIN MANAGEMENT SERV.,   \*
LLC, et al.
                                  \*
           Plaintiffs
                                  \*
       vs.                            CIVIL ACTION NO. MJG-12-3579
                                  \*
VIC WADHWA, et al.
                                  \*
           Defendants
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

<u>MEMORANDUM AND ORDER</u>

The Court has before it the Motion to Dismiss Complaint filed by Defendants Terrilyn Cohen and Staci Decker [Document 11]. The Court finds that neither a response nor a hearing is necessary.

Plaintiffs alleged that federal jurisdiction exists based upon diversity [28 U.S.C. § 1331] <u>and</u> supplemental jurisdiction [28 U.S.C. § 1367(a)]. Complaint [Document 1] ¶ 7.

The Movants contend that they are Maryland citizens and, therefore, the Court lacks diversity jurisdiction. Even if this is correct, Plaintiffs have not shown that the Court lacks supplemental jurisdiction by virtue of the Federal Computer Fraud and Abuse Act claim in Count VIII of the Complaint.

For the foregoing reasons, the Motion to Dismiss Complaint filed by Defendants Terrilyn Cohen and Staci Decker [Document 11] is DENIED.

SO ORDERED, on Monday, <u>January 7, 2013</u>.

                              _____/s/_____
                                 Marvin J. Garbis
                              United States District Judge